PROB 12A
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

**FILED**
OCT 1 4 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### Report on Offender Under Supervision

Name of Offender: <u>Michael Lofti</u>           Case Number: <u>DR:20-CR-1836(2)-AM</u>

Name of Sentencing Judicial Officer: <u>Honorable Alia Moses, United States District Judge</u>

Date of Original Sentence: <u>November 12, 2021</u>

Original Offense: <u>Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324</u>

Original Sentence: <u>21 months' imprisonment followed by three years of supervised release</u>

Type Of Supervision: <u>Supervised Release</u>           Date Supervision Commenced: <u>May 13, 2022</u>

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.   **Special Condition: The defendant shall abstain from the use of alcohol and any and all other intoxicants.**

2.   **Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

    On September 12, 2022, the defendant submitted to a random drug test that returned positive from the lab for marijuana. On September 29, 2022, and October 6, 2022, the defendant submitted to random drug testing and both tests returned positive for marijuana. The defendant admitted to said usage. He reported he last used on September 24, 2022, any further positives involving marijuana will be considered residual for the next 30 days.

    The defendant failed to submit to random drug testing on the following dates: June 20, 2022, September 28, 2022, and October 4, 2022. He was admonished for failing to submit on his scheduled date.

Michael Lofti
DR:20-CR-01836(2)-AM
Report on Offender Under Supervision

<u>U.S. Probation Officer Action:</u> The probation office respectfully requests no adverse action be taken at this time. The defendant began supervision on May 13, 2022. He has been attending substance abuse counseling and is working with his counselor to address his poor decision making. This officer will continue to monitor his drug usage and his progress in treatment. Should he incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved:

_____
Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Nickalous D. Wisner
U.S. Probation Officer
Date: October 14, 2022
Telephone #: (512) 954-4305

__✓__ Approved as submitted.   *Last Chance I want zero drugs in his system from here on out!*

_____ Submit a Request for Modifying the Conditions or Term of Supervision.

_____ Submit a Request for Warrant or Summons.

_____ Other

_____
Honorable Alia Moses
United States District Judge

10/14/22
Date