# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. DR-20-CR-1836 (02) |
| MICHAEL LOFTI | ) | |
| | ) | U.S. MARSHALS W/TX |
| | ) | RECEIVED |
| Defendant | ) | NOV 29 2022 |

## ARREST WARRANT

DEL RIO, TX

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL LOFTI ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

Date: 11/29/2022

*Issuing officer's signature*

V. Palao, Operations Clerk
*Printed name and title*

City and state: Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $: DETAINED

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*