FILED

AUG 08 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Case No. 2:20-CR-1836-AM-2 |
| | § |
| MICHAEL LOTFI, | § |
| | § |
| *Defendant.* | § |

## ORDER

Pending before the Court is the Defendant's Motion for a Final Disposition of a U.S. Marshal Detainer. (ECF No. 59.) The United States District Court for the Western District of Texas is not a party to the relevant interstate compact. The Defendant's request is not possible.

The Court DENIES the Defendant's Motion.

SIGNED and ENTERED on this ___6th___ day of __Aug__, 2024.

_____
ALIA MOSES
Chief United States District Judge