UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | Case Number:  DR:20-CR-01836(2)-AM |
| § | |
| **(2) Michael Lofti** § | |

### ORDER RESETTING PRELIMINARY REVOCATION / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 8:00 AM, in Courtroom 4, on the Third Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on February 05, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 29th day of January, 2025

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE