UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  DR:20-CR-01836(2)-AM |
| § | |
| (2) MICHAEL LOFTI § | |

**ORDER REVOKING SUPERVISED RELEASE**
**AND RE-SENTENCING DEFENDANT**

On **May 12, 2025**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **January 30, 2025**. The defendant, **(2) MICHAEL LOFTI**, appeared with attorney **Alberto Rodriguez**, and the government appeared by Assistant United States Attorney, **Brett Miner**, in the above-entitled and numbered criminal action.

The defendant pled not true to the Violations alleged in the Petition to Revoke Supervised Release.

Upon oral Motion by the Government to dismiss, the original petition to Revoke Supervised Release is hereby **GRANTED**.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on May 12, 2025, that the defendant has violated the terms of supervised release as alleged in the said petition. Thus, the Government's Amended Petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **November 12, 2021**, as set out in the judgment entered on **November 29, 2021**, being the same, is hereby

revoked and set aside pursuant to the Sentencing Reform Act of 1984.

The Court has considered the policy statements contained in Chapter 7 of the Sentencing Guidelines Manual and finds the application to be inadequate, taking into account the nature and circumstances of the allegations, the defendant's history and characteristics, the need to deter future criminal conduct, and to protect the public.

Pursuant to the Sentencing Reform Act of 1984, it is the **ORDER** of the Court that the defendant, **(2) MICHAEL LOFTI** be committed to the custody of the U.S. Bureau of Prisons for a term of **Eighteen (18) months**, to run consecutively to state case, with credit for time served from January 6, 2025, forward.

No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated at F.C.I. Bastrop, if possible.

SIGNED on this **20th day of May, 2025**.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE

(2) MICHAEL LOFTI
DR:20-CR-01836(2)-AM

# **RETURN**

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

                                                                               _____
United States Marshal

By: _____
Deputy Marshal